Form Number LR 3015-1 A (12/15)

**AMENDED**

# Chapter 13 Plan

Case No.: 17-00195

Debtor(s): Juran L. Gulley    SS#: 6007    Net Monthly Earnings: $ 258.00

SS#:    Number of Dependents: -0-

I. Plan Payments:

( ☐ ) Debtor(s) proposes to pay a periodic payment of $ _____ ○ weekly ○ biweekly ○ semi-monthly ○ monthly into the plan; or

( ☑ ) Payroll deduction order: To Flik Hospitality, 2 International Drive, Rye Brook, NY 15073 for $ 250.00 ○ weekly ○ biweekly ○ semi-monthly ● monthly.

Length of Plan is 60 months, and the total debt to be paid through the plan is $ 15000.00.

☑ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINSTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

B. Total Attorney Fee: $ 2800.00 ; $ 350.00 paid pre-petition; $ 2450.00 to be paid at confirmation and $ n/a per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid (check box) | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| CIT Bank | $55712.00 | ☐ by Trustee ☑ by Debtor | $398.00; 2/2017 | $4,841.74 | thru 1/2017 | 0.00% | 90.00 |
|  |  | ☐ by Trustee ☐ by Debtor |  |  |  |  |  |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payment | Fixed Payment to Begin: (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| AutoNet | 28.00 | 2800.00 | 2800.00 | 0.00 | 2004 Buick Ranier | 5.00% | 58.00 | Upon Confirm |
| Wells Fargo Dealer Services | 24.00 | 2400.00 | 2400.00 | 0.00 | 2003 Lincoln Aviator | 5.00% | 50.00 | Upon Confirm |
|  |  |  |  |  |  |  |  |  |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) proposes to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

IV. Special Provisions (check all applicable boxes):

☐ This is an original plan.

☑ This is an amended plan replacing plan dated 1/17/2017.

☑ This plan proposes to pay unsecured creditors see below %.

☑ Other provisions: Debtor proposes to pay non-priority unsecured creditors a "pot" of $5,000.00;
Trustee to make adequate protection payments;
Debtor does not anticipate any tax refunds; however, should Debtor be entitled to a tax refund in any successive year during the pendency of this plan, Debtor will notify the Court of same, and contribute those to this plan accordingly.

Name/Address/Telephone/Attorney for Debtor(s):

Joshua C. Snable, Attorney
Snable Law Firm, LLC
2112 11th Avenue South, Suite 528
Birmingham, AL 35205

Telephone #: (205) 939-0780

Dated: February 17, 2017

/s/ Juran L. Gulley
Signature of Debtor

_____
Signature of Debtor